**No. 50564.**—Protests 71433–K, etc., of American Factors, Ltd., et al. (Honolulu).

Opinion by CLINE, J. It was stipulated that the merchandise is similar in all material respects to that the subject of *United States* v. *Nippon Co.* (32 C. C. P. A. 164, C. A. D. 303), which record was admitted in evidence herein. In accordance therewith certain items of the merchandise were held entitled to free entry under paragraph 1705 as kelp, and other items were held dutiable at 10 percent under paragraph 1540 as seaweeds, manufactured.

**No. 50565.**—Protests 18270–K, etc., of Rich Products Corp. et al. (New York).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of dog food similar in all material respects to that the subject of *Corporacion Argentina de Productores de Carnes* v. *United States* (32 C. C. P. A. 175, C. A. D. 304), which record was incorporated herein. In accordance therewith the protests were sustained as claimed.

**No. 50566.**—Protest 91841–K of Stone & Downer Co. (Boston).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of dog food similar in all material respects to that the subject of *Corporacion Argentina de Productores de Carnes* v. *United States* (32 C. C. P. A. 175, C. A. D. 304), which record was incorporated herein. In accordance therewith the protest was sustained as claimed.

**No. 50567.**—Protest 948837–G (B) of United China & Glass Co. (Galveston).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of bonbon dishes the same in all material respects as those the subject of *Butler Bros.* v. *United States* (6 Cust. Ct. 444, C. D. 512), which record was incorporated herein. In accordance therewith and following the decision cited, which was affirmed in effect in *United States* v. *Butler Bros.* (33 C. C. P. A. 22, C. A. D. 310), the merchandise was held properly dutiable at 70 percent ad valorem under paragraph 212 withqut the additional assessment of 10 cents per dozen pieces.

**No. 50568.**—Protests 957583–G/11413, etc., of United China & Glass Co. (New Orleans).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of bonbon dishes the same in all material respects as those the subject of *Butler Bros.* v. *United States* (6 Cust. Ct. 444, C. D. 512), which record was incorporated herein. In accordance therewith and following the decision cited, which was affirmed in effect in *United States* v. *Butler Bros.* (33 C. C. P. A. 22, C. A. D. 310),